**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Judge Stein*

------------------------------X

UNITED STATES OF AMERICA            :

          v.                              :   NOTICE OF INTENT TO
                                             FILE A FELONY INFORMATION

DOMINICK R. MAIORANO,               :   07 Mag. _____

          Defendant.                      :

------------------------------X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

**07CRIM1202**

Dated: New York, New York
      December 11, 2007

MICHAEL J. GARCIA
United States Attorney

By: _____
Marc Litt
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Mark J. Stein, Esq.
Amanda Hector, Esq.
Attorney for Dominick R. Maiorano

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 13 2007

0202

12/13/07 WHEEL A