UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

      v.                                :       WAIVER OF INDICTMENT

DOMINICK R. MAIORANO,             :       07 Cr. _____ 1202

      Defendant.                         07 CRIM 1202

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Defendant

                                                _____
                                                Witness

                                                _____
                                                Counsel for Defendant

Date:  New York, New York
         December 19, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 19 2007

0202